IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION |
| vs. | ) |
| | )   Case No. 4:21-CV-04167 |
| N-NGUYEN INTERNATIONAL | ) |
| INVESTMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, ERIC GARCIA, and Defendant, N-NGUYEN INTERNATIONAL INVESTMENT, LLC, hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The parties will file a Joint Stipulation dismissing this action with prejudice once the settlement agreement is executed which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the parties respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this 22nd day of February, 2022

Dated: February 22, 2022

Respectfully submitted,

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L
7301-A W. Palmetto Park Rd., #100A

1

Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 22nd day of February, 2022.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479